IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

        Plaintiff,                    No. CIV S-04-1483 LKK CMK P

    vs.

ALBONICO, et al.,

        Defendants.          ORDER

_____/

        On August 18, 2005, plaintiff filed a "first amended complaint," "notice of motion for first amended complaint" and "declaration in support of notice of motion for first amended complaint." Those documents were not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's August 18, 2005 "first
2  amended complaint," "notice of motion for first amended complaint" and "declaration in support
3  of notice of motion for first amended complaint" are denied without prejudice.  Plaintiff is
4  cautioned that failure to properly serve any documents subsequently filed in this action, and
5  failure to include a proper certificate of service with such filing, may result in a recommendation
6  that this action be dismissed.

8  DATED:   August 29, 2005.

10                                                                    _____
               **CRAIG M. KELLISON**
11             UNITED STATES MAGISTRATE JUDGE