1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                 SACRAMENTO DIVISION

11

**BENJAMIN ELLIS,**                              CIV S -04-1483 LKK CMK P

12
                                    Plaintiff,   **ORDER**
13

        v.
14

**ALBONICO, et al.,**
15

                                   Defendants.
16

17

18        Good cause appearing, the Court orders that defendants' request for an extension of

19   time of 30 days to serve their discovery responses is granted.  Defendants' discovery responses

20   are now due on February 10,  2006.

21

22   January 9, 2006

23

24                              /s/   **CRAIG M. KELLISON**
                                Craig M. Kellison
25                              UNITED STATES MAGISTRATE JUDGE

26

27

28

                                          1