IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN ELLIS, | | No. CIV S-04-1483-LKK-CMK-P |
| | Plaintiff, | |
| | vs. | ORDER |
| ALBONICO, et al., | | |
| | Defendants. | |
| _____/ | | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion for modification of the scheduling order. Specifically, defendants seek an extension of the dispositive motion cut-off date to February 10, 2006. On January 10, 2006, however, the court issued an order sua sponte extending the dispositive motion cut-off date to March 14, 2006. The instant motion is, therefore, unnecessary.

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that defendants' motion for an
2  extension of the dispositive motion cut-off date is denied as unnecessary.
3
4  DATED: January 17, 2006.
5
6  _____
   **CRAIG M. KELLISON**
7  UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26