## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,   No. CIV S-04-1483-LKK-CMK-P

    Plaintiff,

  vs.   ORDER

ALBONICO, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' second request for an extension of time to file responses to outstanding discovery requests (Doc. 34).  Also pending before the court is plaintiff's motion to compel further discovery responses (Doc. 28).

    According to plaintiff's motion to compel, plaintiff has served several separate discovery requests.  Specifically, it appears that plaintiff served a request for production of documents on October 19, 2005, and interrogatories and requests for admissions on November 9, 2005.  Defendants served a response to the request for production on or about December 6, 2005. It is those responses that are the subject of plaintiff's motion to compel.  According to defendants' motions for extensions of time, responses are still due to plaintiff's November 9,

1  2005, discovery requests.
2         Good cause appearing therefor, defendants' second request for an extension of
3  time to respond to plaintiff's discovery requests will be granted.  Defendants shall serve
4  responses by March 13, 2006.
5         In light of the prior extension granted to defendants, it was necessary to modify
6  the scheduling order in this case.  It is again appropriate to do so in light of the second extension
7  of time.  The court will sua sponte modify the August 4, 2005, scheduling order as follows:

| | |
|---|---|
| April 17, 2006 | Deadline for filing and hearing of any motion to compel related to outstanding discovery; |
| May 15, 2006 | Deadline for filing of any dispositive motion; |
| July 17, 2006 | Deadline for filing of plaintiff's pre-trial statement; and |
| July 31, 2006 | Deadline for filing of defendants' pre-trial statement. |

14  The current trial date of July 25, 2006, is vacated.  All other aspects of the court's August 4,
15  2005, order remain in effect.
16         Finally, with respect to plaintiff's motion to compel, defendants will be required
17  to file and serve a response, whereupon the motion will stand submitted.
18         Accordingly, IT IS HEREBY ORDERED that:
19         1.      Defendants' second motion for an extension of time to March 13, 2006, to
20  respond to plaintiff's outstanding discovery requests is granted;
21         2.      Defendants shall file a response to plaintiff's motion to compel by March
22  13, 2006;
23         3.      The court's August 4, 2005, scheduling order is modified as outlined
24  above;
25         4.      The July 25, 2006, trial date is vacated; and
26  / / /

5. All other aspects of the August 4, 2005, order remain in effect.

DATED: February 22, 2006.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Case 2:04-cv-01483-LKK-CMK   Document 37   Filed 02/23/06   Page 3 of 3

5. All other aspects of the August 4, 2005, order remain in effect.

DATED: February 22, 2006.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE