**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

BENJAMIN ELLIS,                             No. CIV S-04-1483-LKK-CMK-P

    Plaintiff,

  vs.                                                         ORDER

ALBONICO, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for reconsideration of the magistrate judge's January 10, 2006, order denying appointment of counsel.

        Pursuant to Eastern District of California Local Rule 72-303(b), "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."  Here, the motion for reconsideration of the magistrate judge's order was filed on April 19, 2006, which is more than

/ / /

/ / /

/ / /

1

10 days from the date of service of the magistrate judge's order.[1]  The motion is, therefore, untimely.

Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration is denied as untimely.

DATED: July 17, 2006.

*/s/ Lawrence K. Karlton*
Lawrence K. Karlton
Senior Judge
U.S. District Court

---

[1] Pursuant to Houston v. Lack, 487 U.S. 266 (1988), for pro se prisoner litigants seeking reconsideration, the court has calculated the 10-day period from the date the motion was delivered to prison authorities for mailing to the court.  Otherwise, the 10-day period has been calculated based on the date the motion for reconsideration was actually filed.