IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,   No. CIV S-04-1483-LKK-CMK-P

    Plaintiff,

  vs.   <u>ORDER</u>

ALBONICO, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 50) to respond to defendants' motions to dismiss and for summary judgment (Docs. 45 & 46).  Good cause appearing therefor, the request will be granted.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff may file responses to defendants' motions to dismiss and for summary judgment within 30 days of the date of service of this order.

DATED: August 1, 2006.

*(signature)*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE