# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | No. CIV S-04-1483-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ALBONICO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for subpoena forms (Doc. 63).  Given that discovery is closed, the subpoenas plaintiff plans to serve must relate to witnesses who will be called at trial.  Plaintiff is advised that subpoena forms may be submitted to the U.S. Marshal up to two weeks prior to trial.  In no event should subpoena forms be submitted prior to the trial confirmation hearing (which will be set at the time of the pretrial conference).  Plaintiff must also submit witness fees and travel expenses for each unincarcerated witness to the U.S. Marshal with the completed subpoena forms.  Plaintiff should consult the court's August 4, 2005, initial scheduling order for a detailed outline of the procedures to follow regarding trial witnesses.  In the meantime, the court will grant plaintiff's request for forms.

1

1        Accordingly, IT IS HEREBY ORDERED that the Clerk shall forward to plaintiff
2 four blank subpoena forms.

4 DATED:  May 11, 2007.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE