IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | No. CIV S-04-1483-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| ALBONICO, et al., | |
|     Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a motion for reconsideration of the magistrate judge's April 23, 2007, order denying appointment of counsel.

       Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  The April 23, 2007, order is, therefore, affirmed.

///

///

///

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The motion for reconsideration (Doc. 62) is denied; and

3  2. The magistrate judge's April 23, 2007, order is affirmed.

4  DATED: May 29, 2007.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```