IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | No. CIV S-04-1483-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| ALBONICO, et al., | |
|     Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request, filed on June 15, 2007.  In this filing, plaintiff essentially seeks re-opening of discovery for purposes of obtaining a videotape which he states is currently in the possession of defendants' counsel.  The court will require defendants to file a response to this request.  In particular, defendants shall outline the steps necessary for plaintiff to have access to the videotape for purposes of trial preparation and presentation at trial and, if their position is that plaintiff is not entitled to such access, defendants shall explain why.  It is the court's hope that this matter can be resolved informally without re-opening discovery and otherwise disturbing the current schedule.

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to
2   plaintiff's June 15, 2007, request within 15 days of the date of this order.

4   DATED: June 20, 2007.

  *Craig M. Kellison*
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE