IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,  No. CIV S-04-1483-LKK-CMK-P

    Plaintiff,

  vs.  ORDER

ALBONICO, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request, filed on June 15, 2007 (Doc. 67). In this filing, plaintiff essentially seeks re-opening of discovery for purposes of obtaining a videotape which he states is currently in the possession of defendants' counsel. On July 3, 2007, defendants filed a response to plaintiff's request. In their response, defendants state that, due to concerns for institutional security, plaintiff is not allowed by California prison regulations to have the videotape in his possession, but that arrangements would be made for plaintiff to view the videotape under supervised conditions, and that the videotape would be available at the time of trial. In light of defendants' response, plaintiff's June 15, 2007, request will be denied.

/ / /

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's June 15, 2007, request
2  (Doc. 67) is denied.

4  DATED: August 17, 2007.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE