# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

               Plaintiff,                   No. CIV S-04-1483 LKK CMK P

     vs.

ALBONICO, et al.,                   **ORDER & WRIT OF HABEAS**
                                      **CORPUS AD TESTIFICANDUM**
           Defendants.            **FOR VIDEO-CONFERENCING TRIAL**
                         /        **CONFIRMATION HEARING**

      **BENJAMIN ELLIS**, inmate CDC# **P-16230**, a necessary and material witness in proceedings in this case on November 13, 2007, is confined in Salinas Valley State Prison (SVSP), 31625 Highway 101, P.O. Box 1020, Soledad, CA 93960-1020, in the custody of the Acting Warden Mike Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the **Honorable Lawrence K. Karlton**, to appear by **video-conferencing** at Salinas Valley State Prison , **November 13, 2007, at 11:15 a.m.**

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court shall serve a copy of this order on Araceli Espinoza, Litigation Coordinator; and Andre Carrier, USDC Telecommunications Systems Manager.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Acting Warden Mike Evans, Salinas Valley State Prison (SVSP), 31625 Highway 101, P.O. Box 1020, Soledad, CA 93960-1020:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


DATED:  October 3, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE