UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

        NO. CIV. S-04-1483 LKK/CMK P

    Plaintiff,

  v.                          O R D E R

ALBONICO, et al

    Defendants.
_____/

    Pursuant to the Trial Confirmation Hearing held on November 13, 2007, the court AMENDS its pretrial order (Docket No. 75) to reflect that the plaintiff will introduce as an exhibit a VHS tape of an interview of the plaintiff by Sergeant G. Ratliff on April 14, 2003. The omission of this exhibit from the pre-trial order was inadvertent. The court will arrange to have the necessary equipment to play the video on the first day of trial.

    IT IS SO ORDERED.

    DATED: November 16, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT