IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,                              No. CIV S-04-1483-LKK-CMK-P

       Plaintiff,

   vs.                                                      ORDER

ALBONICO, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The court has granted plaintiff's request for issuance of necessary orders and writs to secure the attendance of incarcerated witness Jackson.  In preparing to issue a writ of habeas corpus ad testificandum, court staff contacted the California Department of Corrections and Rehabilitation to confirm inmate Jackson's location.  At that time, court staff was informed that the CDCR number provided by plaintiff was not correct.  Specifically, the number provided by plaintiff in his prior filings – P-77462 – is not inmate Jackson's CDCR number.  In order to secure inmate Jackson's attendance at trial, plaintiff must provide the court with the correct CDCR number.  Plaintiff is cautioned that failure to provide the correct information will result in his being unable to call inmate Jackson to testify at trial.

1

1  The court will provide plaintiff an opportunity to inform the court of the correct
2  CDCR number for inmate Jackson.  In the meantime, the court sua sponte continues the trial
3  date, currently set for January 23, 2008, to April 1, 2008, at 10:30 a.m. before the Honorable
4  Lawrence K. Karlton, in Sacramento, California.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. Plaintiff shall provide the court with inmate Jackson's correct CDCR
7  number within 30 days of the date of this order; and
8  2. The trial in this matter is continued to April 1, 2008, at 10:30 a.m.

DATED: December 18, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE