IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | No. CIV S-04-1483-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ALBONICO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks a writ of habeas corpus ad testificandum for inmate Jackson to be brought to the court to testify at the trial in this matter. Because he was unable to determine inmate Jackson's correct CDCR number, he alternatively sought to have three other inmates – Crummie, Turner, and Brown – to testify in place of Jackson. On February 6, 2008, however, defendants' counsel provided this court with notice of inmate Jackson's correct CDCR number. Therefore, the request for inmates Crummie, Turner, and Brown to testify in lieu of Jackson is moot.

/ / /

/ / /

1    By separate orders, the court will direct that both plaintiff and inmate Jackson be
2 transported to the court for the trial commencing on April 1, 2008.
3    IT IS SO ORDERED.

5  DATED: February 14, 2008

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE