UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

        NO. CIV. S-04-1483 LKK/CMK P

    Plaintiff,

  v.                      O R D E R

ALBONICO, et al

    Defendants.
_____/

    Pending before the court are plaintiff's and defendants' motions in limine, filed in March 2008. In April, the court granted plaintiff's motion for substitution of counsel and subsequently continued the trial to October 2009. In light of this continuance, the court hereby TERMINATES the pending motions in limine (doc. nos. 99 and 102), subject to the parties' renewal at a time approaching the new trial date.

    IT IS SO ORDERED.

    DATED: October 15, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT