UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

        Plaintiff,                No. CIV S-04-1483 LKK CMK P

  vs.

ALBONICO, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

        Benjamin Ellis, inmate # P-16230, a necessary and material witness in proceedings in this case on October 29, 2009, is confined in Salinas Valley State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at Salinas Valley State Prison, October 29, 2009, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  Plaintiff's October 14, 2009, motion (Doc. 135) for order or writ for inmate to appear by video conferencing is granted;

        2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        4.  The clerk to serve a courtesy copy of this order on the Prison Litigation Coordinator by fax, 831-678-5544.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, Anthony Hedgpeth, Salinas Valley State Prison, PO Box 1020, Soledad, CA 93960-1020:**
        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  October 19, 2009

                                        */s/ Craig M. Kellison*
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE