1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    BENJAMIN ELLIS,                        No. CIV S-04-1483-LKK-CMK

10              Plaintiff,

11        vs.                               ORDER

12   ALBONICO, et al.,

13              Defendants.

14   _____/

15        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil

16   rights action pursuant to 42 U.S.C. § 1983.   Pursuant to the stipulation of the parties, the order

17   and writ of habeas corpus testificandum issued as to inmate David Turner (see Doc. 161), issued

18   on March 26, 2010, is vacated.  Mr. Turner will not be called as a witness at time of trial.   The

19   Clerk of the Court is directed to serve a copy of this order on the Out-To-Court Desk, California

20   State Prison – Sacramento, P.O. Box 686, Soledad, California 93960-0686.

21        IT IS SO ORDERED.

22

23    DATED:  April 7, 2010

24                                          _____
                                            CRAIG M. KELLISON
25                                          UNITED STATES MAGISTRATE JUDGE

26

1